518 A.2d 251

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Timothy S. FENSTERMAKER, Edward Grey
and Brent A. Smith.**

Supreme Court of Pennsylvania.

Oct. 29, 1986.

612

Petition for Allowance of Appeal GRANTED, No. 144 E.D. Appeal Docket 1986.